1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10                          SACRAMENTO DIVISION

11   _____
     UNITED STATES OF AMERICA,              ) No. 2:19-cv-547 LJO EPG
12                                          )
                      Plaintiff,            )  **ORDER ON STIPULATED**
13                                          )  **REQUEST TO VACATE THE**
     v.                                     )  **CURRENT JOINT STATUS**
14                                          )  **REPORT DEADLINE PENDING**
     STATE WATER RESOURCES CONTROL          )  **RESOLUTION OF MOTION TO**
15   BOARD & STATE WATER RESOURCES          )  **DISMISS**
     CONTROL BOARD CHAIR E. JOAQUIN         )
16   ESQUIVEL, in his official capacity,    )
                                            )
17                     Defendants.          )
     _____
18

19        This matter is before the Court on stipulated request by Plaintiff, the United States of

20   America ("Plaintiff") and defendants State Water Resources Control Board (the "Board") and

21   Board Chair Joaquin Esquivel, in his official capacity (together with the Board, "Defendants"), to

22   extend the parties' deadline to submit a joint status report pending the Court's resolution of

23   Defendants' motion to dismiss. Having found good cause therefore, the request is GRANTED

24   and it is hereby ORDERED:

25        1.  The parties' current June 10, 2019 deadline to submit a joint status report is vacated;

26            and

27        2.  The parties are to file a joint status report on the later of (1) the date two weeks

28            following the Court's ruling on Defendants' current motion to dismiss (ECF No. 9) or

                                                                                      1

(2) the date two weeks following the Court's ruling on Defendants' subsequent motion to dismiss addressing any amended complaint filed by Plaintiff.  To the extent the Court grants Defendants' motion to dismiss and dismisses Plaintiff's claims, such that this action is terminated, no joint status report must be submitted.

IT IS SO ORDERED.

Dated:  **June 6, 2019**                    /s/ *Ecc.  P.  Grosj*

UNITED STATES MAGISTRATE JUDGE