IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>Defendants. | No. 2:19-cv-547 LJO EPG<br><br>**ORDER CONTINUING NOVEMBER 4, 2019 INITIAL SCHEDULING CONFERENCE AND VACATING OCTOBER 28, 2019 JOINT SCHEDULING REPORT DEADLINE PENDING RESOLUTION OF MOTION TO DISMISS**<br><br>**(ECF No. 23)** |

This matter is before the Court on a stipulated request by Plaintiff, the United States of America ("Plaintiff") and defendants State Water Resources Control Board (the "Board") and Board Chair Joaquin Esquivel, in his official capacity (together with the Board, "Defendants"), to continue the November 4, 2019 Initial Scheduling Conference and vacate the parties' October 28, 2019 deadline to submit a joint scheduling report pending the Court's resolution of Defendants' motion to dismiss. Having found good cause therefore, the request is GRANTED and it is hereby ORDERED:

1. The Initial Scheduling Conference currently set for November 4, 2019 is continued until after the Court rules on Defendants' motion to dismiss, at which time the Court will set a new date;

2. The parties' current October 28, 2019 deadline to submit a joint scheduling report is vacated.

IT IS SO ORDERED.

Dated: **October 25, 2019**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

JOINT SCHEDULING REPORT
*U.S. v. State Water Resources Control Board*, 2:19-cv-547 LJO EPG

1