UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>　　　　Defendants. | No. 2:19-cv-547 LJO EPG<br><br>**ORDER ON STIPULATION REGARDING PROPOSED SCHEDULE** |

This matter is before the Court on the Stipulation Regarding Proposed Schedule by Plaintiff, the United States of America ("Plaintiff") and defendants State Water Resources Control Board (the "Board") and Board Chair Joaquin Esquivel, in his official capacity (together with the Board, "Defendants"), made pursuant to the Court's direction in its December 2, 2019 Order. ECF No. 28. Having reviewed the stipulation, the Court adopts the proposed schedule and it is hereby ORDERED:

1. Defendants' brief on the remaining jurisdictional issues related to Plaintiff's intergovernmental immunity claim discussed in the Court's December 2, 2019 Order shall be filed on or before January 17, 2020.
2. Plaintiff's responsive brief shall be filed on or before February 19, 2020.
3. Each party's brief shall be limited to 15 pages.

IT IS SO ORDERED.

　Dated:　**December 16, 2019**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　UNITED STATES CHIEF DISTRICT JUDGE