# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-cv-547-DAD-EPG |
| Plaintiff, | ORDER ON STIPULATION TO EXTEND BRIEFING SCHEDULE |
| v. | |
| STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity, | |
| Defendants. | |

Plaintiff and Defendants have agreed to a Stipulation whereby Plaintiff's February 19, 2020 deadline for filing a supplemental brief on jurisdictional issues related to Plaintiff's intergovernmental immunity claim is extended until February 28, 2020. Having reviewed the stipulation, the Court adopts the proposed extension and it is hereby ORDERED:

1. Plaintiff's responsive brief shall be filed on or before February 28, 2020.
2. Plaintiff's brief shall be limited to 15 pages (ECF 30).

IT IS SO ORDERED.

Dated: **February 11, 2020**

_____
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION
*U.S. v. State Water Resources Control Board*, 2:19-cv-547-DAD-EPG

1