JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

ROMNEY PHILPOTT
Senior Attorney
ERIKA NORMAN (CA Bar # 268425)
Trial Attorney
Natural Resources Section
999 18th Street, South Terrace Suite 370
Denver, CO 80202
Phone:  (303) 844-1810 (Philpott)
Fax:  (303) 844-1810 (Philpott)
Email:  Romney.Philpott@usdoj.gov
Email:  Erika.Norman@usdoj.gov

PHILLIP A. TALBERT
Acting United States Attorney
KELLI L. TAYLOR (CA Bar # 186100)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Phone:  (916) 554-2741
Fax:  (916) 554-2900
 Email:  Kelli.L.Taylor@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>Defendants. | 2:19-CV-00547-DAD-EPG<br><br>**STIPULATION AND ORDER STAYING CASE FOR 120 DAYS**<br><br>Dept:        Courtroom 5<br>Judge:       The Honorable Dale A. Drozd<br>Action Filed:  March 28, 2019 |

1     WHEREAS, in its April 21, 2021 minute order (Dkt. No. 51), the Court inquired whether the United States was inclined to re-evaluate its litigation position in light of the change in administration and noted that in numerous related cases the United States had requested stays;

4     WHEREAS, in the parties' Joint Status Report filed on May 5, 2021 (Dkt. No. 52), counsel for the United States represented that the government's litigation position remained the same and the United States intended to pursue its claims in federal court;

7     WHEREAS, since the time when the Joint Status Report was filed, the U.S. Bureau of Reclamation, including newly appointed officials within the agency, have concluded that it would be a worthwhile effort to focus on exploring potential opportunities to resolve its dispute with defendant the State Water Resources Control Board et. al., such as through a voluntary agreement;

12     WHEREAS, the Parties have met and conferred and agree that a 120-day stay of all deadlines in this case would allow both Parties to avoid what may prove to be unnecessary efforts on supplemental briefing and other litigation-related tasks—and would also conserve judicial resources.

16     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, as attorneys of record for all parties in the above-captioned action, as follows:

1. This action is stayed for 120 days.
2. The Parties will file a joint status report seven days prior to the expiration of the stay, to provide an update on the status of any settlement discussions and address whether or not the stay should be extended.

/////
/////
/////
/////
/////
/////
/////

Dated: June 8, 2021

| | |
|---|---|
| | Respectfully submitted, |
| | JEAN E. WILLIAMS<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| Of Counsel:<br>LANCE WENGER<br>Regional Solicitor - Pacific Southwest Region<br>AMY L. AUFDEMBERGE<br>Assistant Regional Solicitor<br>United States Department of the Interior | ROMNEY PHILPOTT, Senior Attorney<br>ERIKA NORMAN, Trial Attorney<br>United States Department of Justice<br>Natural Resources Section<br><br>PHILLIP A. TALBERT<br>Acting United States Attorney<br>KELLI L. TAYLOR<br>Assistant United States Attorney |
| | By:   */s/ Erika Norman*<br>Erika Norman<br>Attorneys for the United States |
| | ROB BONTA<br>California Attorney General<br>MARK W. POOLE<br>TAMARA T. ZAKIM<br>DYLAN K. JOHNSON<br>Deputy Attorneys General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550 Oakland, CA 94612-0550<br>Telephone: (510) 879-0855<br>Fax: (510) 622-2270 E-mail:<br>Mark.Poole@doj.ca.gov |
| | By:   */s/ Dylan K. Johnson, with permission*<br>DYLAN K. JOHNSON<br>Deputy Attorney General<br>Attorneys for Defendants |

ORDER

For the reasons set forth in the above stipulation signed by all parties, this action is stayed for 120 days. The parties shall file a joint status report seven days prior to the expiration of the stay, to provide an update on the status of any settlement discussions and address whether or not the stay should be extended.

IT IS SO ORDERED.

Dated: **June 9, 2021**

_____
UNITED STATES DISTRICT JUDGE