UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>　　　　　　　　　　Defendants. | No. 2:19-CV-00547-DAD-EPG<br><br>ORDER CONTINUING STAY FOR 120 DAYS |

This matter is before the court upon the parties' Joint Status Report, in which they request that the court continue the stay of this matter for an additional 120 days. Based on a review of the filings, record, and proceedings herein, and good cause having been shown, the court grants the motion.

IT IS HEREBY ORDERED, that:

1. This case is STAYED for an additional 120 days, to **February 7, 2022**; and

/////

/////

/////

2. On or before **January 31, 2022,** the parties shall file a Joint Status Report to provide an update on the status of any settlement discussions and address whether or not the stay should be extended.

IT IS SO ORDERED.

Dated: __**October 5, 2021**__

UNITED STATES DISTRICT JUDGE