IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:19-CV-00547-JLT-EPG<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND SUPPLEMENTAL BRIEFING SCHEDULE |

　　　Plaintiff and Defendants have agreed to a stipulation whereby the deadline for submitting supplemental briefs addressing the applicability of the *Colorado River* abstention doctrine to be submitted pursuant to the Court's August 30, 2023 Order Granting Motion to Dismiss Intergovernmental Immunity Claim; Requiring Supplemental Briefing Concerning Remaining State Law Claims ("August 30 Order") is extended by 60 days from September 29, 2023 to November 28, 2023.  Having reviewed the stipulation, the Court adopts the proposed extension and it is hereby ORDERED:

　　　The parties shall submit supplemental briefs pursuant to the Court's August 30 Order no later than November 28, 2023.

IT IS SO ORDERED.

　　Dated:　**September 20, 2023**　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE