# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD, et al.,<br><br>Defendants. | Case No.   2:19-cv-00547-JLT-EPG<br><br>ORDER REGARDING PARTIES' STIPULATION<br><br>(ECF No. 70) |

      Plaintiff and Defendants have filed a stipulation asking the Court to stay proceedings in this matter pending issuance of a merits ruling in proceedings addressing parallel claims in the Sacramento County Superior Court (State Court) in the coordinated case, State Water Board Cases, JCCP No. 5013. (ECF No. 70).

      Having reviewed the stipulation, IT IS ORDERED as follows:

      1. The Court stays this matter until the date 60 days following the notice of entry of judgment on the United States' petition in the State Court in JCCP No. 5013.

      2. The parties shall file a joint status report on that date, providing the parties' joint position or, if they disagree, competing positions on how, if at all, this matter should proceed.

\\\
\\\
\\\
\\\

3. In light of the stipulation and stay, the Court vacates the requirement to submit supplemental briefs on the applicability of *Colorado River* as directed in the prior order on the motion to dismiss. (ECF Nos. 67, 69).

IT IS SO ORDERED.

Dated:   **November 28, 2023**            /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE