UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD, et al.,<br><br>Defendants. | Case No.   2:19-cv-00547-JLT-EPG<br><br>ORDER REGARDING JOINT STATUS REPORT<br><br>(ECF No. 72) |

Plaintiff and Defendants filed a stipulation on November 28, 2023, asking the Court to stay proceedings in this matter pending issuance of a merits ruling in proceedings addressing parallel claims in the Sacramento County Superior Court (State Court) in the coordinated case, State Water Board Cases, JCCP No. 5013. (ECF No. 70). The Court approved the stipulation, staying this matter until 60 days following the notice of entry of judgment on the United States' petition in the State Court in JCCP No. 5013, and directing the parties to file a joint status report on that date, providing the parties' joint position or, if they disagree, competing positions on how, if at all, this matter should proceed.

The parties have now filed a joint status report, stating, in part, as follows:

On March 15, 2024, the State Court issued a merits order, in which it denied the United States' petition in the State Court proceedings. The State Court entered judgment on April 3, 2024, and filed a notice of entry of judgment on April 10, 2024. The deadline for filing a notice of appeal of the State Court judgment recently passed, and the United States did not file a notice of appeal.

1

In its November 28 Order, the Court ordered the Parties to file a joint status report within sixty days of the State Court's notice of entry of judgment providing the parties' joint position, or if they disagree, competing positions on how, if at all, this matter should proceed. The United States does not intend to pursue its CEQA claims in this action. However, it is still determining the proper procedure for withdrawing its CEQA claims and concluding this case in a manner that results in a final judgment (thereby preserving the United States' options with respect to appealing the dismissal of the IGI claim). Under these circumstances, the United States respectfully requests that the Court continue the stay for an additional thirty days.

Defendants do not object to the United States' request to continue the stay. Defendants take no position at this time on the United States' right to appeal the dismissal of its IGI claim and preserve their rights to challenge any such appeal.

(ECF No. 72, p. 2).

Upon review, IT IS ORDERED as follows:

1. The stay is continued until July 10, 2024.
2. By this date, the parties shall file a joint status, providing the parties' joint position or, if they disagree, competing positions on how, if at all, this matter should proceed. Alternatively, the parties may file an appropriate motion or stipulation that progresses this case.

IT IS SO ORDERED.

Dated:   **June 11, 2024**                    /s/ Eric P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE