# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE WATER RESOURCES CONTROL BOARD & STATE WATER RESOURCES CONTROL BOARD CHAIR E. JOAQUIN ESQUIVEL, in his official capacity,<br><br>　　　　Defendants. | No. 2:19-cv-547-JLT-EPG<br><br>[~~PROPOSED~~] ORDER DIRECTING CLERK OF COURT TO ENTER PARTIAL JUDGMENT ON FOURTH CAUSE OF ACTION AND APPROVING VOLUNTARY DISMISSAL OF ALL OTHER CLAIMS.<br><br>(Doc. 74.) |

　　　　The United States of America requests that the Court enter Partial Judgment on its previously dismissed Fourth Cause of Action and then permit voluntary dismissal of the remaining claims in this case. (Doc. 74.) Having reviewed the request and the Defendants' non-opposition (Doc. 75), the Court **ORDERS** as follows:

　　　　1.　In light of this Court's August 30, 2023 Order (Doc. 67) and because there is no just reason for delay, judgment **SHALL** be entered in favor of Defendants and against the United States' on the Fourth Cause of Action (violation of the intergovernmental immunity doctrine) pursuant to Federal Rule of Civil Procedure 54(b).

///

///

1

2. The United States' Claims One, Two, and Three, asserting violations of the California Environmental Quality Act, are **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41(a)(2).

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:   **July 26, 2024**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE